CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Farrell Goodman, Esq., SBN 121627
Dennis Price, Esq., SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
Chrisc@potterhandy.com

Attorneys for Plaintiff SCOTT JOHNSON

Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorney for Defendant SAN CARLOS INN, L.P.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.: 3:19-CV-00061-SK |
| Plaintiff, | |
| v. | **Joint Stipulation To Extend Site Inspection Deadline** |
| **San Carlos Inn**, a California Limited Partnership; and Does 1-10, | |
| Defendants. | HONORABLE SALLIE KIM |

COME NOW THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE, AS FOLLOWS:

1. WHEREAS, pursuant to the Court's January 7, 2019 Scheduling Order, the deadline to hold the joint inspection of the premises is April 19,

2019;

2. WHEREAS, on April 10, 2019, Defendant filed its Answer to Plaintiff's Complaint;

3. WHEREAS, due to limited time from Defendant's filing of Answer and the deadline for the joint site inspection, the parties agree to request the Court to continue the GO No. 56 deadlines to enable the parties to set a reasonable date for the joint site inspection;

4. WHEREAS, the parties have set the joint site inspection on May 13, 2019;

5. WHEREFORE, it is hereby stipulated and requested that the deadline to conduct the joint site inspection shall be extended to and include May 13, 2019.  The parties request all other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO STIPULATED.

Dated: April 19, 2019                    CENTER FOR DISABILITY ACCESS


                                         By: /s/ Chris Carson
                                             Chris Carson, Esq.
                                             Attorney for Plaintiff

Dated: April 19, 2019                    STILLMAN & ASSOCIATES


                                         By: /s/ Philip H. Stillman
                                             Philip H. Stillman, Esq.
                                             Attorney for Defendant

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: April 19, 2019            By: /s/ Chris Carson
                                                 Chris Carson