UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **San Carlos Inn**, a California Limited Partnership; and Does 1-10, <br><br> Defendants. | Case: No. 3:19-CV-00061-SK <br><br><br> **[proposed] ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and include May 13, 2019.
2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: _____           _____
                           HONORABLE SALLIE KIM
                           UNITED STATES MAGISTRATE JUDGE

1

ORDER Granting Joint Stipulation                         Case No. 3:19-CV-00061-SK