UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>SAN CARLOS INN,<br><br>    Defendant. | Case No. 19-cv-00061-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 22 |

On October 18, 2019, Defendant filed a motion to dismiss. Pursuant to Northern District of California Local Rule 7-3(a), Plaintiff's response was due by November 1, 2019. To date, Plaintiff has not filed an opposition brief. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing by no later than November 8, 2019 why the Court should not dismiss his claims for lack of prosecution or grant Defendant's motion unopposed.

If Plaintiff seeks to file an untimely opposition brief, he must submit a request to do so showing good cause for his failure to comply with the deadline required by the Local Rules, and must submit the proposed opposition brief along with the request. If Plaintiff fails to file a response to this Order to Show Cause by November 8, 2019, the Court will grant Defendant's motion to dismiss as unopposed and/or dismiss Plaintiff's claims for failure to prosecute without further notice.

**IT IS SO ORDERED**.

Dated: November 4, 2019

*Sallie Kim*
───────────────────────────
SALLIE KIM
United States Magistrate Judge