UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>SAN CARLOS INN,<br><br>          Defendant. | Case No. 19-cv-00061-SK<br><br>**ORDER (1) DISCHARGING ORDER TO SHOW CAUSE AND (2) RESETTING BRIEFING SCHEDULE**<br><br>Regarding Docket No. 22 |

Upon review of Plaintiff's response filed on November 4, 2019, the Court HEREBY DISCHARGES the Order to Show Cause. The Court will consider Plaintiff's late-filed opposition brief. The Court FURTHER ORDERS that Defendant shall file its reply, if any, by no later than November 12, 2019.

**IT IS SO ORDERED**.

Dated: November 5, 2019

_____
SALLIE KIM
United States Magistrate Judge