1  Philip H. Stillman, Esq. SBN# 152861
   STILLMAN & ASSOCIATES
2  3015 North Bay Road, Suite B
   Miami Beach, Florida 33140
3  Tel. and Fax:  (888) 235-4279
   pstillman@stillmanassociates.com
4
   Attorneys for defendant SAN CARLOS INN, L.P.
5

6          **UNITED STATES DISTRICT COURT FOR THE**
7             **NORTHERN DISTRICT OF CALIFORNIA**
8
                                                    Case No. 19-cv-00061-SK
9  SCOTT JOHNSON,                )
                                  )  **DECLARATION OF PHILIP H.**
10              Plaintiff,        )  **STILLMAN IN SUPPORT OF MOTION**
   v.                             )  **FOR JUDGMENT ON PLEADINGS AS**
11                                )  **MOOT PURSUANT TO FEDERAL**
   SAN CARLOS INN, a California   )  **RULES OF CIVIL PROCEDURE 12(c)**
12 Limited Partnership; and Does 1-10, )
   Defendants.,                   )  Date:      November 25, 2019
13                                )  Time:      9:30 a.m.
                Defendant.        )  Courtroom: C - 15th Fl.
14 _____)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment on Pleadings Reply Decl.

I, Philip H. Stillman, hereby declare:

1. I am a member of the California State Bar in good standing and counsel for defendant San Carlos Inn, L.P. in the above-captioned action. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to them.

2. On July 10, 2019, counsel for plaintiff, Jennifer McAllister of Potter & Handy d/b/a "Center for Disability Access" and counsel for defendant conducted a full site inspection of the subject property and Plaintiff found that all issues that Plaintiff's expert examined had been remediated.

3. Johnson contends that his claim must be mediated before any motion to dismiss can be filed. Although that is a misreading of General Order 56, the parties have jointly used Arbitrator/Mediator Paul Dubrow for two cases, *Johnson v. Giusto*, Case No. 18-06536-SK and this case. Counsel in this action are the same as counsel for *Giusto* and of course, the ubiquitous Scott Johnson is the plaintiff in both. While the parties did not meet in person, Mr. Dubrow conducted extensive mediation discussions with counsel for Johnson and counsel for San Carlos Inn, L.P. repeatedly for both cases and settlement offers and counteroffers were exchanged through Mr. Dubrow for *both* cases. Mr. Dubrow successfully settled the *Giusto* matter, but the parties were unable to come to a settlement on this case.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Signed this 11th day of November, 2019.

By: /s/ *Philip H. Stillman*
      ———————————
      Philip H. Stillman

Judgment on Pleadings Reply Decl.                     -1-

# PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on November 11, 2019 or as soon as possible thereafter, copies of the foregoing Reply Declaration of Philip H. Stillman was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same.

By: /s/ *Philip H. Stillman*
Attorneys for defendant