Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant SAN CARLOS INN, L.P.

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　　　Plaintiff,<br>v.<br>SAN CARLOS INN, a California Limited Partnership; and Does 1-10, Defendants.,<br><br>　　　　　　　Defendant. | Case No. 19-cv-00061-SK<br><br>**DEFENDANT'S NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |

Defendant San Carlos Inn, L.P. hereby gives notice that plaintiff Scott Johnson has failed to file any Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction on or before December 12, 2019 as ordered by this Court on November 14, 2019 [ECF 29]. The Court should note that this is the *second* time that Johnson has failed to oppose the Motion to Dismiss filed by defendant. After Johnson failed to timely file any opposition, this Court issued an Order to Show Cause on November 4, 2019 [ECF 23], stating that if Johnson failed to file an opposition on or before November 8, 2019, "the Court will grant Defendant's motion to dismiss as unopposed and/or dismiss Plaintiff's claims for failure to prosecute without further notice."

Johnson thereafter filed his Opposition, which raised only procedural arguments that have either been rejected in other *Johnson* cases, such as Johnson's claim that General Order 56 barred consideration of a motion to dismiss for lack of subject matter jurisdiction, or the plainly false statement that Johnson had not conducted a site inspection, when Johnson had conducted a site inspection on July 10, 2019 and found that any alleged violations had been remediated. Rather than rule on the Motion to Dismiss with no essential opposition to it, this Court issued another Order dated November 14, 2019, rejecting all of Johnson's procedural arguments and ordering Johnson to respond substantively to the merits of the Motion to Dismiss on or before December 12. Johnson failed to file any opposition.

It is obviously the plaintiff's burden to establish subject matter jurisdiction at each step of the proceeding. Now, a week after any opposition was due, Johnson has again failed to file any opposition. That is understandable since there is no disputed issue of fact that any alleged ADA violations were corrected prior to the July 10, 2019 site inspection. Accordingly, defendant San Carlos, L.P. respectfully requests that this Court vacate the January 27, 2020 hearing dater set in the November 14, 2019 Order, and now grant the Motion to Dismiss for Lack of Subject Matter Jurisdiction as unopposed, pursuant to Fed.R.Civ.P. 12(h)(3) and 12(b)(1).

1  WHEREFORE, defendant respectfully requests that this court (1) vacate the January
2  27, 2020 hearing date and (2) dismiss the complaint for lack of subject matter jurisdiction
3  pursuant to Fed.R.Civ.P. 12(c) forthwith.

                        Respectfully Submitted,

                        STILLMAN & ASSOCIATES

Dated: December 19, 2019    By: _____
                                   Philip H. Stillman, Esq.
                                   Attorneys for defendant SAN CARLOS INN, L.P.

# PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on December 19, 2019 or as soon as possible thereafter, copies of the foregoing Notice of Non-Opposition was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same.

By: /s/ *Philip H. Stillman*
Attorneys for defendant