UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br>  Plaintiff, <br><br> v. <br><br> SAN CARLOS INN, <br><br>  Defendant. | Case No. 19-cv-00061-SK <br><br> **JUDGMENT** |

Pursuant to the Court's Order granting Defendant's motion for judgment on the pleadings, judgment is hereby entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 22, 2020

_____
SALLIE KIM
United States Magistrate Judge